UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
DEC 2 6 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| ANDREW J. GONZALEZ<br>*Plaintiff.*<br>v.<br>FIA CARD SERVICES, N.A.<br>*Defendant.* | CIVIL ACTION NO. 4:12-CV-00665-A |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against FIA CARD SERVICES, N.A. for failure to plead or otherwise defend.

Date: December 26, 2012

Respectfully Submitted,

Andrew J. Gonzalez
6015 Siltstone Lane
Apt#1224
Fort Worth, Texas 76137
(817) 975-5655
gonandrew@yahoo.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANDREW J. GONZALEZ<br>*Plaintiff.* | )<br>)<br>) | CIVIL ACTION NO. 4:12-CV-00665-A |
| v. | )<br>) | |
| FIA CARD SERVICES, N.A.<br>*Defendant.* | )<br>)<br>) | |

**AFFIDAVIT**

BEFORE ME personally appeared ANDREW J. GONZALEZ who, being by me first duly sworn and identified in accordance to Texas law, deposes and says:

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on November 29, 2012 at 1100 North King St., Wilmington, Delaware 19801 on individual Molly Gonzalez who is process agent and who is authorized by FIA CARD SERVICES, NA to receive such summons on behalf of FIA CARD SERVICES, NA by Kevin S. Dunn, Process Server for Brandywine Process Servers, LTD.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The Defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
Andrew J. Gonzalez, Affiant

State of Texas
County of Tarrant

Before me, Amy Banowetz, on this day personally appeared Andrew Gonzalez, known to me through description of identity card to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 21 day of December, 2012.

(Personalized Seal)

_____
Notary Public's Signature

AMY LEIGH BANOWETZ
Notary Public, State of Texas
My Commission Expires
November 19, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of December, 2012, a copy of the foregoing Request for Clerk Entry of Default was filed with the Clerk of the court, United States District Court for the Northern District of Texas, and served upon the following:

**Via Certified Mail # 7012 2210 0002 4050 0264**

**FIA CARD SERVICES, NA**
c/o Molley Gonzalez
1100 N KING ST
WILMINGTON, DE 19801

_____
Andrew J. Gonzalez
6015 Siltstone Lane
Apt#1224
Fort Worth, Texas 76137
(817) 975-5655
gonandrew@yahoo.com